

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00109-CV

IN RE JAMES MORANVILLE,                                                 RELATORS
INDIVIDUALLY AND THROUGH
HIS POWER OF ATTORNEY,
CHRISTINE MORANVILLE, AND
CHRISTINE MORANVILLE,
INDIVIDUALLY

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

DELIVERED: May 7, 2013

---

[1]See Tex. R. App. P. 47.4, 52.8(d).